MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
Margaret Branick-Abilla, CSBN 223600
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTA ELIZABETH ROMANSHEK, | Case No. 2:18-cv-01101-KJN |
| Plaintiff, | **ORDER** |
| vs. | |
| ANTONY AAW, | |
| Defendant. | |

/////

ORDER
No. 2:18-cv-01101-KJN

Having reviewed Defendant's Motion to Substitute the Commissioner of Social Security as Real Party in Interest Defendant, and good cause appearing therefore, IT IS HEREBY ORDERED that defendant Antony Aaw is dismissed from this action and Nancy A. Berryhill, Acting Commissioner of Social Security, is substituted as defendant.

IT IS SO ORDERED.

Dated: May 7, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER
No. 2:18-cv-01101-KJN