UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA ELIZABETH ROMANSHEK,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:18-cv-1101-KJN<br><br><br><br>ORDER TO SHOW CAUSE |

On July 5, 2018, the Commissioner lodged the administrative transcript in this matter. (ECF No. 11.) Pursuant to the court's scheduling order, plaintiff was required to file a motion for summary judgment and/or remand within 45 days of service with the administrative record. That deadline has now long passed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 21 days of this order, plaintiff shall show cause in writing why plaintiff should not be sanctioned for failure to comply with the court's scheduling order.
2. Within 21 days of this order, plaintiff shall file a motion for summary judgment and/or remand.

////

////

1

3. Failure to comply with this order will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 14, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE