UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA ELIZABETH ROMANSHEK,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:18-cv-1101-KJN<br><br>ORDER and FINDINGS AND RECOMMENDATIONS |

On July 5, 2018, the Commissioner lodged the administrative transcript in this matter. (ECF No. 11.) Pursuant to the court's scheduling order, plaintiff was required to file a motion for summary judgment and/or remand within 45 days of service with the administrative record. After that deadline had long passed, the court issued an order on January 14, 2019, requiring plaintiff to show cause in writing within 21 days why plaintiff should not be sanctioned for failure to comply with the court's scheduling order. (ECF No. 15.) The court also *sua sponte* provided plaintiff with an additional 21 days to file a motion for summary judgment and/or remand. (Id.) Plaintiff was expressly cautioned that failure to comply with the order would result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b). (Id.)

Although the time for compliance has passed, plaintiff failed to respond to the order to show cause and failed to file a motion for summary judgment and/or remand. As such, it appears

1

that plaintiff has abandoned the action.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall assign a district judge to this case.

IT IS HEREBY RECOMMENDED that:

1. The action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

2. The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served on all parties and filed with the court within fourteen (14) days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

IT IS SO RECOMMENDED.

Dated: February 27, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE